■ JOSEPH T. SCUDERI, Respondent, v STEVEN F. AIELLO, Appellant. (Appeal No. 1.) [751 NYS2d 816] —Appeal from an order of Supreme Court, Onondaga County (Major, J.), entered November 1, 2001, which, inter alia, granted plaintiff's motion for summary judgment in lieu of complaint.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see CPLR 5501 [a] [1]). Present—Green, J.P., Pine, Hurlbutt, Burns and Gorski, JJ.